# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

137643

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARIUS WILLIAMS,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137643
COA: 286002
Wayne CC: 99-002114-01

_____/

      On order of the Court, the application for leave to appeal the September 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

s0615